IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-040-CR





THE STATE OF TEXAS,



 APPELLANT


vs.




RUBEN GALLEGOS ACOSTA,



 APPELLEE


 




FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 90-267, HONORABLE ROBERT T. PFEUFFER, JUDGE



 




PER CURIAM


 The State appeals an order of the district court granting appellee's plea of double
jeopardy. The underlying offense is aggravated assault.

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On State's Motion

Filed: April 8, 1992

[Do Not Publish]